UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RENEE BABCOKE,<br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)  CAUSE NO.: 2:24-CV-427-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the Joint Request to be Relieved of Order for Mediation [DE 19], filed July 10, 2025. The parties represent that they are engaged in settlement discussions, and that the amount in controversy makes the costs associated with mediation disproportionate. The Court concludes that mediation will not be required in this case, although the parties are encouraged to engage in settlement discussions.

Accordingly, the Court hereby **GRANTS** the Joint Request to be Relieved of Order for Mediation [DE 19] and **ORDERS** that the parties are relieved from the requirement to mediate. The Court **VACATES** the deadlines for selecting a mediator and for filing a report of mediation.

SO ORDERED this 11th day of July, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Plaintiff, *pro se*

1