UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RENEE BABCOKE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO.: 2:24-CV-427-JEM |
| UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Defendant United States' Status Report and Motion to Lift Stay [DE 23] filed on November 23, 2025. This case was stayed because of the lapse in appropriations funding the Department of Justice. Now that funds have been appropriated, the United States requests that the stay be lifted so the case can proceed, and requests an extension of the discovery deadline to file a response to Plaintiff's Opening Brief [DE 9].

Accordingly, the Court **GRANTS** Defendant United States' Status Report and Motion to Lift Stay [DE 23], **LIFTS THE STAY** of this case, and **ORDERS** that the discovery deadline is extended to **January 9, 2026**. The dispositive motion deadline will be set after the close of discovery.

SO ORDERED this 20th day of November, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record